# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | | |
|---|---|---|
| STEVEN BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 22-6086 |
| | ) | |
| GENERAL INFORMATION SERVICES, INC., | ) | *Removed from the Circuit Court of Clinton County, Missouri* |
| | ) | *Case No. 22CN-CC00035* |
| Defendant. | ) | |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant General Information Solutions, LLC ("GIS")[1], by and through undersigned counsel, hereby removes Case No. 22CN-CC00035 in the Circuit Court of Clinton County, Missouri (the "Civil Action") to the United States District Court for the Western District of Missouri, St. Joseph Division. Removal of the Civil Action to this Court is proper for the following reasons:

1. On or about June 21, 2022, Plaintiff Steven Brooks ("Plaintiff") filed his Petition in the Civil Action. The attached **Exhibit A** includes a copy of all process, pleadings and orders served on GIS in the Civil Action.

2. The Summons and Petition (Complaint) in the Civil Action were served on GIS on or about July 7, 2022. Therefore, this Notice of Removal is filed within the time prescribed by 28 U.S.C. § 1446(b)(1).

---

[1] Plaintiff named General Information Services, Inc. as the Defendant in his Petition. Upon information and belief, the proper entity is General Information Solutions, LLC. This removal is for the Defendant in the Civil Action however denominated.

3. GIS is the only Defendant in this case; thus, all Defendants to the claims over which this Court has original jurisdiction under 28 U.S.C. § 1331 have joined in or consented to removal of the Civil Action.

4. Plaintiff's Petition involves claims arising under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (*See* Ex. A - Petition). Thus, the Civil Action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331, and which is removable by GIS under the provisions of 28 U.S.C. § 1441 in that the matter arises under this Court's original jurisdiction and is founded on a claim or right arising under the Constitution, treaties or laws of the United States and is removable without regard to citizenship or residence of the parties under 28 U.S.C. § 1441.

5. No proceedings have occurred in the Civil Action as of the date of this Notice of Removal. GIS has not filed a response to the Petition. GIS hereby reserves any and all rights to assert any and all defenses and/or objections to the Petition. GIS further reserves the right to amend or supplement this Notice of Removal.

6. Venue for this case lies in the United States District Court for the Western District of Missouri, St. Joseph Division, pursuant to 28 U.S.C. § 1441(a), because the Civil Action was filed within this District and Division and the case is being removed from Clinton County, Missouri.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served this day upon Plaintiff and filed with the Clerk of the Circuit Court for Clinton County. A copy of the notice to the state court clerk, without exhibits, is attached hereto as **Exhibit B**. A copy of the notice to Plaintiff will be filed in this case.

For the reasons stated above, this Civil Action is properly removed to this District Court.

Respectfully submitted,

**ARMSTRONG TEASDALE LLP**

s/ *Matthew D. Turner*
Matthew D. Turner #48031
101 E. High Street, First Floor
Jefferson City, Missouri 65101
573.636.8394
573.636.8457 (facsimile)
mturner@atllp.com

**ATTORNEYS FOR DEFENDANT**

Dated: August 4, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of August, 2022 I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF System. I further certify that on the 4th day of August, 2022, I served the foregoing pleading by U.S. regular mail and electronic mail on the following:

Charles Jason Brown
Jayson A. Watkins
BROWN & ASSOCIATES LLC
301 S. US 169 Hwy
Gower, Missouri 64454
Telephone: (816) 505-4529
Facsimile: (816) 424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com

        *s/ Matthew D. Turner*
        Matthew D. Turner